˙THOMAS Y. BIRKS, Plaintiff in Error, *v.* JAMES H. RUSSELL, Defendant in Error.

**February 28, 1876.**

.A justice of the peace has no jurisdiction of an action on a covenant of warranty contained in a conveyance of land.

ERROR to St. Louis Circuit Court...
*Affirmed.*

*Bond & Kinealy,* for plaintiff in error, cited: Jackway ·*v.* Barrett, 38 Vt. 326 ; Goenew *v.* Schroeder, 8 Minn. 387.

*F. Garvey,* for defendant in error.

GANTT, P. J., delivered the opinion of the court.

Birks sued Russell before a justice of the peace, declaring that Russell had conveyed to him a tract of land in St. Louis county with covenants ·of warranty. He assigned a breach of this covenant, and asked for damages amounting ˙to $92.89 and interest.

The case was dismissed by the justice, as being beyond his jurisdiction. The Circuit Court, on motion of defendant when the case was before it on appeal, made the same disposition of it. Plaintiff sued out a writ of error to this court.

We make the same ruling. The statute expressly declares that justices of the peace shall not have cognizance " of any action where the title to any land or tenements shall come in question." 2 Wag. Stat. 810.

This action is brought for an alleged breach of a covenant for title to land. The judgment of the Circuit Court is affirmed, all the judges concurring.